UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| CHRISTY LEE ADKINS, | ) | |
| LESLIE CARMEN SUTER, | ) | |
| DANIELLE BOLINGER and | ) | No.: 3:07-CV-63 |
| PATTY BOYD, on behalf of themselves, | ) | |
| and others similarly situated, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Chief Judge Curtis L. Collier |
| v. | ) | |
| | ) | |
| Nx CARE, INC., a Canadian Corporation; | ) | |
| Nx LABS, INC., a Canadian Corporation; | ) | |
| WELLNX LIFE SCIENCES, INC., a Canadian | ) | |
| Corporation; DEREK WOODGATE, an | ) | |
| individual; BRAD WOODGATE, an individual | ) | |
| and SCOTT WELCH, an individual, | ) | |
| | ) | |
| *Defendants*. | ) | |

**O R D E R**

Before the Court is Plaintiffs Christy Lee Adkins, Leslie Carmen Suter, Danielle Bolinger, and Patty Boyd's ("Plaintitffs") and Defendant Wellnx Life Sciences, Inc.'s (formerly known as NxCare, Inc. and doing business as NxLabs, Inc.) ("Wellnx") (collectively the "parties") joint motion to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("MDL Panel") (Court File No. 3).

Wellnx and Defendants Derek Woodgate, Brad Woodgate, and Scott Welch ("Individual Defendants") submitted a motion to transfer this action and other similar actions to the United States District Court for the District of Maryland for consolidated pre-trial proceedings pursuant to 28 U.S.C. § 1407 on May 3, 2007. The transfer motion was docketed in the MDL Court on May 10,

2007. Plaintiffs had until May 30, 2007 to file a response to the transfer motion. Plaintiffs do not intend to oppose MDL treatment, but wish to reserve the right to propose a different transferee court.

As this case is still in its preliminary stages, the parties submit the interests of judicial economy and the avoidance of duplicative proceedings are best served by a stay of this litigation pending the MDL Panel's decision on the transfer motion. In light of the circumstances, the Court agrees a temporary stay would prevent this Court from using its limited resources conducting proceedings or making rulings that likely would be duplicated or rendered moot if this action is transferred for coordinated or consolidated pretrial proceedings. Accordingly, the Court **GRANTS** the parties' joint motion for a stay (Court File No. 3) and **STAYS** this action pending a transfer decision by the MDL Panel. The parties are **ORDERED** to promptly notify the Court when the MDL Panel makes its decision regarding transfer.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**